E. N. BECK v. THE STATE.

No. 9108.    Delivered May 20, 1925.

Aggravated Assault—Affirmed.

There being neither bills of exceptions nor statement of facts in the record the cause is affirmed.

Appeal from the District Court of Collin County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction of aggravated assault; penalty, a fine of $500.00.

No brief filed by appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is aggravated assault; punishment fixed at a fine of $500.00.

Neither bills of exception nor statement of facts are found in the record. No error of a fundamental nature has been pointed out or perceived.

The judgment is affirmed.

*Affirmed.*